KATE F. CUTNER v. THE AMALGAMATED BANK OF NEW YORK and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application for the Appointment of an Administrator of the Estate of FRANCIS A. DUGRO, Deceased. FRANCIS A. DUGRO; MARVIN D. BUTTLES, JR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BESSIE G. PALMER and WILLIAM J. PALMER v. AARON KAISER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

BEVERLY JOHN REYNOLDS v. EAGLE PENCIL COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 482.] Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.

SAUL KRAMER v. ZELL PRODUCTS CORPORATION.— Motion to modify order or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See ante, p. 915.]

In the Matter of the Arbitration of Certain Differences between JOSEPH MILLER and SAMUEL WEINER.— Motion for reargument denied. Motion for resettlement granted. [See ante, p. 444.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JEAN KAY against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK for an Order Reviewing the Determination of the Respondent Herein Appointing one Dr. BERTRAND RUSSELL as Professor of Philosophy in the College of the City of New York, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 912.] Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JULIUS LOWENSTEIN v. SIGMOND TERRY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ADOLPH RABOFF v. ROSALIE C. TYSEN.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. The time of the defendant to answer extended until five days after service of order on payment of said costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES STEWART DAVISON and Others v. PARKE, AUSTIN & LIPSCOMB, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellants' filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

KEMWOOD, INC., v. UNITED STATES PLYWOOD CORPORATION and Others.— Motion for reargument denied and stay vacated. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

KEMWOOD, INC., v. UNITED STATES PLYWOOD CORPORATION and Others.— Motion for reargument denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.